184 So.2d 736

**STATE of Louisiana, through The DEPART-
MENT OF HIGHWAYS**

**v.**

**Fay W. REIMERS et al.**

**No. 48118.**

April 15, 1966.

In re: State of Louisiana, through the Department of Highways applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa.   182 So.2d 718.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.